UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Teresa Hyde, et al. v. Bayer Corporation, et al.* | No. 3:12-cv-11464-DRH-PMF |
| *Anna Weisser v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13249-DRH-PMF |
| *Sheri L. Baker v. Bayer HealthCare Pharmaceuticals Inc.* | No. 3:12-cv-20107-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Stipulations of Dismissal filed on March 2, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

APPROVED:

Digitally signed by
David R. Herndon
Date: 2015.03.03
09:47:47 -06'00'

BY:   /s/ *Caitlin Fischer*
**Deputy Clerk**

U.S. DISTRICT JUDGE